

```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  HEIKO P. COPPOLA
    TODD D. LERAS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California  95814
    Telephone: (916) 554-2700
 5
```

FILED

MAY − 8 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. 2:09-MJ-0147 DAD |
| v. | ) | APPLICATION AND ORDER |
| LONG HOANG NGUYEN, | ) | FOR UNSEALING COMPLAINT |
| Defendant. | ) | |

On May 7, 2009, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: May 8, 2009

LAWRENCE G. BROWN
Acting United States Attorney

By: /s/ Todd P. Leras
TODD D. LERAS
Assistant U.S. Attorney

ORDER

SO ORDERED:

DATED: May 8, 2009

HON. DALE A. DROZD
U.S. Magistrate Judge

1